IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-6033-01-CR-SJ-SOW |
| ) | |
| JEFFERY ANDREW MARTIN, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Sarah W. Hays regarding defendant's Motion to Suppress (Doc. # 20). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress (Doc. # 20) is denied.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: June 1, 2006